1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

MAY 30 2008

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CRIMINAL NO. CR08-MJ-70306PVT
          Plaintiff,                )
                                    )
     v.                             )   NOTICE OF PROCEEDINGS ON
                                    )   OUT-OF-DISTRICT CRIMINAL
   Sang Park                        )   CHARGES PURSUANT TO RULES
                                    )   5(c)(2) AND (3) OF THE FEDERAL RULES
          Defendant.                )   OF CRIMINAL PROCEDURE
                                    )
                                    )

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 5/30/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

[X] Indictment   [ ] Information   [ ] Criminal Complaint   [ ] Other _____

pending in the Central District of California Case Number 08-00471.

   In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 1344.

Description of Charges: Bank fraud

                                     Respectfully Submitted,
                                     JOSEPH P. RUSSONIELLO
                                     UNITED STATES ATTORNEY

Date: May 30, 2008
                                     _____
                                     Assistant U.S. Attorney

1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. 08-**08-00471** |
|---|---|
| Plaintiff, | ) |
| | ) **INDICTMENT** |
| v. | ) |
| | ) [18 U.S.C. § 1344: Bank Fraud; |
| SANG PARK, | ) 18 U.S.C. § 2: Aiding and |
| a.k.a. Mi San Yun, | ) Abetting and Causing an |
| | ) Act to Be Done; 18 U.S.C. § 982, |
| Defendant. | ) 28 U.S.C. § 2461(c), 21 U.S.C. |
| | ) § 853: Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. §§ 1344, 2]

1. Beginning on or about November 27, 2007, and continuing through in or about January 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant SANG PARK, also known as Mi San Yun ("defendant PARK"), together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, executed a scheme to defraud Countrywide Bank, Indymac Bank, Washington Mutual Bank, U.S. Bank, JPMorgan Chase Bank, and others as to material matters.

2. The fraudulent scheme was carried out by defendant PARK, in substance, in the following manner:

SYM:sym

a. On or about October 26, 2007, defendant PARK purchased a property located at 312 W. 5th Street, #1014, Los Angeles, California ("5th Street property") for approximately $550,000. To purchase the 5th Street property, defendant PARK obtained a loan secured by a first mortgage in the amount of $250,000 from Wells Fargo Bank.

b. Beginning in or about November 2007, and continuing through in or about December 2007, defendant PARK applied for and received loans from Countrywide Bank, Indymac Bank, Washington Mutual Bank, E-Loan, U.S. Bank, and JPMorgan Chase Bank, all purportedly to be secured by second liens on the 5th Street property. These financial institutions, with the exception of E-Loan, were federally insured financial institutions. Defendant PARK then well knew that she had concurrently applied for these six loans, disclosing on each application only the first mortgage of $250,000 held by Wells Fargo Bank.

c. Defendant PARK concealed from each financial institution that she was concurrently applying for five other loans. Defendant PARK intended that each of the six loans would fund prior to the recording of any lien by any of the six financial institutions. In fact, each of the six loans did fund prior to the recording of any lien on the property by any of the six financial institutions.

d. Specifically, on or about November 14, 2007, defendant PARK applied for and obtained a loan in the amount of $150,000 from U.S. Bank, purportedly to be secured by a second

2

1  lien on the 5th Street property. Defendant PARK then well knew
2  that she had concurrently applied for six other loans, which she
3  failed to disclose to U.S. Bank. Defendant PARK then caused U.S.
4  Bank to transfer $150,000 in loan proceeds to her checking
5  account, XXXX2988, at U.S. Bank.
6       e.   As a result of defendant PARK's fraudulent scheme,
7  as described above, defendant PARK caused losses of approximately
8  $800,000 to the financial institutions and mortgage lenders
9  described above.
10      3.   On or about December 11, 2007, within the Central
11 District of California and elsewhere, defendant PARK committed
12 and willfully caused others to commit the following act, which
13 constituted an execution of the fraudulent scheme: withdrawal of
14 $145,000 from her U.S. Bank checking account, XXXX2988.

                        CRIMINAL FORFEITURE

16      4.   Upon conviction of the offense in violation of Title
17 18, United States Code, Section 1344 set forth in paragraphs 1-3
18 of this Indictment, defendant PARK shall forfeit to the United
19 States of America, pursuant to Title 18, United States Code,
20 Section 982(a)(2)(A), the following:
21      a.   Any property constituting, or derived from,
22 proceeds obtained, directly or indirectly, as a result of such
23 violation. The property to be forfeited includes, but is not
24 limited to, the following: $38,000.00 in United States Currency
25 delivered on April 16, 2008 to the custody of the Federal Bureau
26 of Investigation on behalf of defendant Park.
27
28

                                3

1    b.    A sum of money equal to the total amount of money
2 involved in the offense.
3    5.    Pursuant to Title 21, United States Code, Section
4 853(p), as incorporated by Title 18, United States Code, Section
5 982(b)(1), and Title 28, United States Code, Section 2461(c),
6 defendant PARK, if so convicted, shall forfeit substitute
7 property, up to the total value of the property described in
8 paragraph 4 if, by any act or omission of the defendant, the
9 property described in paragraph 4, or any portion thereof,
10 (a) cannot be located upon the exercise of due diligence; (b) has
11 been transferred or sold to, or deposited with, a third party;
12 (c) has been placed beyond the jurisdiction of the court; (d) has
13 been substantially diminished in value; or (e) has been
14 ///
15 ///
16 ///

4

commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Daniel Goodman, Asst. U.S. Atty.,
Deputy Chief, Criminal Division.* FOR:

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

STEPHANIE YONEKURA McCAFFREY
Assistant United States Attorney
Major Frauds Section

5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | Plaintiff(s) | CASE NUMBER: CR 08-00471 |
|---|---|---|
| v. | | |
| SANG PARK aka Mi San Yun | Defendant(s) | WARRANT FOR ARREST |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __SANG PARK, aka Mi San Yun__

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Bank Fraud;**
**Aiding and Abetting and Causing an Act to Be Done;**
**Criminal Forfeiture**

in violation of Title __18__ United States Code, Section(s) __1344:2:__

| Sherri R. Carter | April 22, 2008   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: JENNIFER T. LUM |
| [signature] SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 OF 2