✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| _Sang Park_ | (DEFENDANT OUT OF CUSTODY) |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-MJ-70306PVT | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Other (specify)

charging a violation of  18  U.S.C. §  1344

**DISTRICT OF OFFENSE**  Central District of California

**DESCRIPTION OF CHARGES:**  Bank fraud

**FILED**

MAY 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**CURRENT BOND STATUS:**

[ ] Bail fixed at _____ and defendant is released on bond
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[X] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | [X] Retained Own Counsel | [ ] Federal Defender Organization | [ ] CJA Attorney | [ ] None |
|---|---|---|---|---|
| Interpreter Required? | [ ] No | [X] Yes | Language: Korean | |

_5/30/08_                     _Patricia V. Trumbull_
Date                          United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |