# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 30, 2008

**Clerk of the Court**
**U.S. District Court of the Central California**
**G-8 United States Courthouse**
**312 North Spring Street,**
**Los Angeles, CA 90012**

Case Name:          **USA-v-Misan Yun; aka: Sang Park**
Case Number:        **5-08-70306-PVT  (Your Case#CR-08-00471)**
Charges:            **18:1344 Bank Fraud**

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
               original Rule 5 affidavit
               original minute orders
         certified copy of *AO 94, Commitment to Another District*
               Certified docket sheets

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                   Sincerely yours,

                                   RICHARD WIEKING, Clerk

               by: *Cita F. Escalano*
                    Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

                                                              **By** _____
                                                                  **Deputy Clerk**