**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

2008 JUN -9 P 3: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

General Court Number
408.535.5363

May 30, 2008

Clerk of the Court
U.S. District Court of the Central California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN -3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Name: USA-v-Misan Yun; aka: Sang Park
Case Number: 5-08-70306-PVT (Your Case#CR-08-00471)
Charges: 18:1344 Bank Fraud

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk